**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>ASTORIA TRAILS NORTH HOMEOWNER'S ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00366-APG-CWH<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>(Dkt. #9) |

Defendant Astoria Trails North Homeowners Association moves to dismiss the complaint against it. (Dkt. #9.) The parties stipulated to extend the time for the plaintiff to respond to the motion to August 27, 2015. (Dkt. #13.) The plaintiff did not file an opposition. On September 10, 2015, Astoria filed a reply noting that the plaintiff had not opposed the motion to dismiss. (Dkt. #14.) The plaintiff still has not responded. I therefore grant the motion to dismiss as unopposed. LR 7-2(d).

IT IS THEREFORE ORDERED that defendant Astoria Trails North Homeowners Association's motion to dismiss **(Dkt. #9) is GRANTED**.

DATED this 5th day of October, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE